UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NUMBER: 05 mc 0305 (JR)

IN RE: APPLICATION OF CONSEJO DE
DEFENSA DEL ESTADO DE LA
REPÚBLICA DE CHILE,

    Applicant.

_____/

### ORDER GRANTING REQUEST FOR ASSISTANCE

THIS CAUSE came before the Court upon the Verified Application for Assistance to Chilean Tribunal filed by Consejo de Defensa del Estado de la República de Chile ("CDE") pursuant to 28 U.S.C. § 1782. The Court having reviewed the application, supporting memorandum of law, the legal authority pertaining to 28 U.S.C. §1782, and finding that it is supported by good cause, it is hereby

ORDERED, ADJUDGED, and DECREED that CDE's Application for Assistance to Chilean Tribunal is GRANTED as follows:

    1. Within ten (10) days of the date of execution of this Order, Riggs Bank, N.A.. with its address as 1500 Pennsylvania Avenue NW, Washington, D.C. 20005, and Riggs International Banking Corporation, with its address at Riggs Bank, N.A., P.O. Box 96758, Washington, D.C. 20090-6758, shall make the following documents available for inspection and copying at the offices of CDE's counsel in the United States, Greenberg Traurig, L.L.P., 800 Connecticut Avenue, N.W. Suite 500, Washington, D.C. 20006 (attn: Pedro J. Martinez-Fraga, Esq., and Sanford M. Saunders, Jr., Esq.):

        a. All statements for any accounts held by, or in the name of, any of the Augusto Pinochet entities or aliases (as defined in note 1, below);[1]

---

[1] For purposes of this Application, Augusto Pinochet includes any of the following corporate entities, names, and aliases: Augusto Pinochet, Lucía Hiriart, Ashburton Limited, Althorp investment Limited, Trilateral International Trading, G.L.P. Limited, Tasker Investment Limited, Abanda, Abanda Limited, Abanda Finance Ltd., Belview International, Inc., Belview S.A., Eastview Finance S.A., United Management

b.  All documents evincing *any* communication to, from, or regarding any of the Augusto Pinochet entities or aliases;

c.  All statements for any account held by, or in the name of, any of the Augusto Pinochet entities or aliases;

d.  All documents evincing any communication to, from, or regarding any of the Augusto Pinochet entities or aliases;

e.  All promissory notes or personal guarantees signed by, or on behalf of, any of the Augusto Pinochet entities or aliases;

f.  All certificates of deposit issued for the benefit of the Augusto Pinochet entities or aliases;

g.  All documents, including statements and authorization cards, regarding the following bank accounts:

**a.    Riggs Bank:**

| Account No. | Holder |
|---|---|
| 76750393 | Augusto Pinochet and/or Lucía Hiriart Rodríguez |
| 76835282 | Augusto Pinochet and/or Lucía Hiriart Rodríguez |
| 25-005-393 | Augusto Pinochet and/or Lucía Hiriart Rodríguez |
| 0212401(64-0041-01-8) | Ashburton |
| 76-715-547 | Ashburton |
| 76-835-493 | Ashburton Company, Ltd. #2 and/or Ashburton Company, Ltd. |
| 81-442-002 | Althorp |
| 76-835-493 | Althorp |
| 413799878 | José Ugarte |
| 76077573 | Daniel López |
| 404276139 | Marco Antonio Hiriart |

---

Service Ltd., Santa Lucía Trust, Pinochet Joint Miami TD, Sociedad de Inversiones Belview Int. S.A., Pinochet Foundation, Pershing Securities, Tasker Investment Ltd. S.A. María Lucía Hiriart, María L. Hiriart Rodríguez, Augusto José R. Pinochet Ugarte, Augusto P. Ugarte, A Ugarte, A.P. Ugarte, José P. Ugarte, José Ugarte, José Ramón Ugarte, José R. Ugarte, J. Ugarte, J.P. Ugarte, G. Ugarte, A.J.P. Ugarte, Daniel López, Mónica Ananias Kincar, Jorge Ballerino, John Long, Guillermo Carín Aguirre, José Miguel Latorre Pinochet, Gabriel Vergara, Juan Ricardo Mac Lean Vergara, Eugenio Castillo Cádiz, and Oscar Aitkens.

**b.    RIBC:**

| Account No. | Holder |
|---|---|
| 350412 | Jorge Ballerino |
| 350413 | Jorge Ballerino |
| 450528 | John Long |
| 450874 | Guillermo Garin Aguirre |
| 451385 | Gustavo Collao Mira |
| 707547 | Augusto Pinochet and /or Lucia Hiriart |
| 450858 | José Ramón Ugarte |
| 350082 | José Ramón Ugarte |
| 710053 | Daniel López |
| 451666 | José Miguel Latorre Pinochet |
| 709345 | Gabriel Vergara |
| 710467 | Juan Ricardo Mac Lean Vergara |
| 711762 | Eugenio Castillo Cádiz |

h.    All the Riggs Entities' loan committee reports or minutes that mention, reference, or may pertain to any of the Augusto Pinochet entities or aliases;

i.    All the Riggs Entities' loan committee reports or minutes that mention, reference, or may pertain to any of the Augusto Pinochet entities or aliases; and

j.    All wire transfer logs evincing any transfer of funds to, or from, any of the Augusto Pinochet entities or aliases.

k.    All documents, including statements and authorization cards, in the possession of the Riggs Entities regarding the following certificates of deposit (CDs):

| CDs | Amount | Holder |
|---|---|---|
| Seven (7) CDs. | $1,000,000 each | Ashburton |
| One (1) CD | £1,000,000 | Althorp |
| One (1) CD | $1,600,000 | Althorp |

2.    Within ten (10) days of the document production described above, the Riggs Entities each shall make available for deposition a corporate representative designated as most

3

knowledgeable with respect to the bank's transactions with Augusto Pinochet and the Augusto Pinochet entities and alias.

3. The Court appoints CDE's lead counsel in the United States, Pedro J. Martinez-Fraga, with the firm of Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, FL to take the depositions described in this Order and undertake the inspection of documents here detailed.

DONE AND ORDERED in chambers in Washington, District of Columbia on this 17th day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Attorneys for Consejo de Defensa del Estado

>Sanford M. Saunders, Jr.
>Greenberg Traurig, L.L.P.
>800 Connecticut Avenue, N.W., Suite 500
>Washington, D.C. 20006
>Telephone: (202) 331-3130 / Fax (202)331-3100
>Email: saunderss@gtlaw.com
>D.C. Bar No. 376098

>Pedro J. Martinez-Fraga
>Greenberg Traurig, L.L.P.
>1221 Brickell Avenue
>Miami, Florida 33131
>Telephone: (305) 579-0500 / Fax (305) 579-0717
>Email: martinep@gtlaw.com
>PEDRO J. MARTINEZ-FRAGA
>Florida Bar No. 752282

Riggs Bank, N.A.
1500 Pennsylvania Avenue NW
Washingotn, DC 20005

Riggs International Banking Corporation
Riggs Bank, N.A.
P.O. Box 96758
Washington, DC 20090-6758